**EXHIBIT – B**

IN THE CIRCUIT COURT FOR THE STATE OF OREGON

FOR BENTON COUNTY

| | |
|---|---|
| TROY BACHELLER, | Case No. 21CV16132 |
| Plaintiff | SUMMONS |
| vs | |
| HOME DEPOT USA, Inc., | |
| Defendant | |

TO:  Home Depot USA, Inc., Defendant
c/o Registered Agent: Corporate Service Company
1127 Broadway Street NE, Ste. 310
Salem, OR 97301

SUMMONS – Page 1 of 3

NOTICE TO DEFENDANT:

READ THESE PAPERS CAREFULLY!

You must "appear" in this case or the other side will win automatically. To "appear" you must file with the court a legal document called a "motion" or "answer." The "motion" or "answer" must be given to the court clerk or administrator within 30 days along with the required filing fee. It must be in proper form and have proof of service on the plaintiff's attorney or, if the plaintiff does not have an attorney, proof of service on the plaintiff.

If you have questions, you should see an attorney immediately. If you need help in finding an attorney, you may contact the Oregon State Bar's Lawyer Referral Service online at www.oregonstatebar.org or by calling (503) 684-3763 (in the Portland metropolitan area) or toll-free elsewhere in Oregon at (800) 452-7636.

April 29, 2021

/s/ S. Matthew Lind
**S. Matthew Lind, OSB No. 081403**
Lead Trial Attorney for Plaintiff
OlsenDaines
3995 Hagers Grove Road SE
Salem, OR 97317
mlind@olsendaines.com
Telephone: 503-540-6100
Fax:            503-362-1375

**SUMMONS** – Page 2 of 3

STATE OF OREGON    )
                   ) ss:
County of Marion   )

I, the undersigned attorney of record for plaintiff, certify that the foregoing is an exact and complete copy of the original summons in the above-entitled cause.

April 29, 2021

/s/ S. Matthew Lind
**S. Matthew Lind, OSB No. 081403**
Lead Trial Attorney for Plaintiff
OlsenDaines
3995 Hagers Grove Road SE
Salem, OR 9717
mlind@olsendaines.com
Telephone: 503-540-6100
Fax:       503-362-1375

TO THE OFFICER OR OTHER PERSON SERVING THIS SUMMONS: You are hereby directed to serve a true copy of this summons, together with a true copy of the complaint mentioned therein, upon the individual(s) or other legal entity(ies) to whom or which this summons is directed, and to make your proof of service upon a document which you shall attach hereto.

April 29, 2021

/s/ S. Matthew Lind
**S. Matthew Lind, OSB No. 081403**
Lead Trial Attorney for Plaintiff
OlsenDaines
3995 Hagers Grove Road SE
Salem, OR 9717
mlind@olsendaines.com
Telephone: 503-540-6100
Fax:       503-362-1375

SUMMONS – Page 3 of 3